Nos. 23-1094 & 23-1104

# In the United States Court of Appeals for the First Circuit

JONATHAN MULLANE,
*Plaintiff-Appellant*,

v.

UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Massachusetts, Boston Division
Case No. 1:19-cv-12379, Hon. Denise J. Casper

**NOTICE TO THE COURT REGARDING HURRICANE IDALIA**

Thomas A. Burns
BURNS, P.A.
301 West Platt Street, Suite 137
Tampa, FL 33606
(813) 642-6350
tburns@burnslawpa.com

*Counsel for Jonathan Mullane*

*Mullane v. U.S. Dep't of Justice*, Nos. 23-1094 & 23-1104

## <u>CORPORATE DISCLOSURE STATEMENT</u>

No publicly traded company or corporation has an interest in the outcome of this appeal.

August 28, 2023                     /s/ Thomas Burns
                                    Thomas A. Burns

C-1

## <u>NOTICE TO THE COURT REGARDING HURRICANE IDALIA</u>

This notice supplements the motion for extension of time filed August 25, 2023.

1.    Over the weekend, Idalia began strengthening from a tropical storm into hurricane. Now, Hurricane Idalia is expected to begin affecting Tampa tomorrow evening, most likely around midnight, with rain and storm surge up to seven feet. Thereafter, Hurricane Idalia is expected to make landfall to the north of Tampa as a Category 3 hurricane (*i.e.*, with sustained winds of 111–130mph and typically up to 9–12 feet of storm surge).

2.    A Category 3 hurricane is a major hurricane. It can damage buildings, uproot or snap trees, blow projectiles, and cause significant flooding and power outages. For example, when it made landfall in Louisiana, Hurricane Katrina was a Category 3 hurricane.

3.    Earlier today, the Governor of Florida declared a state of emergency for affected counties. Similarly, the Mayor of Tampa not only declared a state of emergency for the City of Tampa, but also ordered Tampa residents to evacuate waterfront areas. Local closures for tomorrow and Wednesday include schools, courts (the Tampa Division of the

Middle District of Florida and the 13th Judicial Circuit), and the Tampa International Airport.

4.      My office is near downtown Tampa, and my home in Tampa is about half a mile (10 city blocks) from Hillsborough Bay, which connects to Tampa Bay and Old Tampa Bay. We've already purchased supplies for the storm and its aftermath, but I still need to help prepare my home and neighborhood for the storm. That includes securing any potential projectiles (*e.g.*, flower pots, outdoor furniture, etc.), preparing windows and doors for rain and flooding, and assisting any neighbors who need help.

5.      Typically, when hurricanes have brought wind, rain, and storm surge to Tampa, the rain and flooding overwhelms storm sewers, and fallen trees cause power outages. Those can last for days.

WHEREFORE, the Court should enter an order granting an extension of 14 calendar days until September 15, 2023, within which to file and serve the appellant's brief.

Respectfully submitted,

/s/ Thomas Burns
Thomas A. Burns
BURNS, P.A.
301 West Platt Street, Suite 137
Tampa, FL 33606
(813) 642-6350
tburns@burnslawpa.com

*Counsel for Jonathan Mullane*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume, typeface, and type-style requirements of Federal Rules of Appellate Procedure 27(d)(2)(A), 32(a)(5), and 32(a)(6). It contains 343 countable words, and its text is prepared in 14-point Century Schoolbook font.

August 28, 2023                    /s/ Thomas Burns
                                   Thomas A. Burns

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion and the notice of electronic filing was sent by CM/ECF on August 28, 2023, to:

**United States**
AUSA Julian N. Canzoneri

August 28, 2023                    /s/ Thomas Burns
                                   Thomas A. Burns