# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 23-1094 & 23-1104    **Short Title:** Mullane v. U.S. Department of ⊞

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

U.S. Department of Justice & U.S. Securities Exchange Commission_____ as the

[  ] appellant(s)        [✔] appellee(s)        [  ] amicus curiae

[  ] petitioner(s)        [  ] respondent(s)        [  ] intervenor(s)


/s/ Michael Sady_____        10/23/2023_____
Signature                              Date

Michael Sady_____
Name

U.S. Attorney's Office_____        617-748-3100_____
Firm Name (if applicable)              Telephone Number

1 Courthouse Way, Suite 9200_____        617-748-3967_____
Address                                Fax Number

Boston, MA 02210_____        michael.sady@usdoj.gov_____
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 9060_____


Has this case or any related case previously been on appeal?

[  ] No        [✔] Yes   Court of Appeals No. 21-1968_____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).