UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————

Nos. 23-1094; 23-1104

———————————

JONATHAN MULLANE

Plaintiff-Appellant

v.

UNITED STATES DEPARTMENT OF JUSTICE and
UNITED STATES SECURITIES and EXCHANGE COMMISSION

Defendants-Appellees

———————————

DEFENDANTS' (ASSENTED TO) MOTION FOR AN ORDER EXTENDING
TIME WITHIN WHICH TO FILE A RESPONSIVE BRIEF

The Defendants, by and through its attorney Joshua S. Levy, Acting United States Attorney for the District of Massachusetts, respectfully request an additional 45 days, up to and including December 11, 2023, to file their responsive brief. In support of this motion, the Defendants state the following:

1. This is Plaintiff's appeal of a decision by the district court (Casper, J.) granting summary judgment in favor of Defendants in a Freedom of Information Act (FOIA) case on March 19, 2021.

2. Plaintiff submitted his brief on September 27, 2023, and the Defendants' responsive brief is presently due on October 27, 2023.

1

3. Counsel for the Defendants requests additional time to submit a responsive brief because he has just been re-hired as an Assistant U.S. Attorney and assigned to this matter. This additional time will afford the undersigned counsel the necessary time to familiarize himself with the district court proceedings, which are voluminous, and then file a responsive brief on behalf of the Defendants.

4. Neither party will be prejudiced by this request. In fact, Plaintiff assents to the filing and grant of this motion.

For the reasons stated above, Defendants respectfully request that the Court allow their motion and extend the time within which they shall file a responsive pleading up to and including December 11, 2023.

> Respectfully submitted,
>
> JOSHUA S. LEVY
> Acting United States Attorney
>
> By: */s/ Michael Sady*
> Michael Sady
> Assistant U.S. Attorney
> U.S. Attorney's Office

## CERTIFICATE OF SERVICE

      I, Michael Sady, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:   October 25, 2023

*/s/ Michael Sady*
Michael Sady
Assistant U.S. Attorney